

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2014

No. 04-13-00859-CV

Leonard K. **HOSKINS**,
Appellant

v.

Colonel Clifton **HOSKINS** and Hoskins Inc.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03136
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Rebeca C. Martinez, Justice

The panel has considered the appellant's Motion for Rehearing, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court